UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERMAN ASTER,

                Plaintiff,

  v.

PETER A. WARD, BANK OF NEW YORK et al,

                Defendant.

_____/

Case Number: CV07-05799 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Herman Aster
2167 Riordan Drive
San Jose, CA 95130

Dated: January 2, 2008

                        Richard W. Wieking, Clerk
                        By: Anthony Bowser, Deputy Clerk