UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN ASTER

          Plaintiff,

  v.

PETER A. WARD and BANK OF NEW YORK

          Defendants.

No. C 07-05799 MHP

**JUDGMENT**

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed dismissing plaintiff's complaint due to a lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: December 28, 2007

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California